TRULINCS 31570511 - LEONARD, STEPHEN DANIEL - Unit: MIM-C-E

----------------------------------------------------------------------------------------------

FROM: 31570511
TO: Warden
SUBJECT: ***Request to Staff*** LEONARD, STEPHEN, Reg# 31570511, MIM-C-E
DATE: 02/11/2025 07:56:08 AM

To: Mrs. Serrano
Inmate Work Assignment: U/A

Hey,

I was sentenced last week to 18 months prison, with a paper trail to follow.

I've already served 6 months of that 18 months awaiting trial here.

However, I have an admin. hold for State charges that prevent me from being sent to a halfway house / home since I have less than 1 year left.

Can you get me an Interstate Agreement on Detainers Form so I can get the peperwork moving to resolve the State hold?

Thx.

S.

TRULINCS 31570511 - LEONARD, STEPHEN DANIEL - Unit: MIM-C-E

----------------------------------------------------------------------------------------

FROM: 31570511
TO: Unit Team C
SUBJECT: ***Request to Staff*** LEONARD, STEPHEN, Reg# 31570511, MIM-C-E
DATE: 02/11/2025 06:36:45 AM

To: Counselor
Inmate Work Assignment: U/A

Can you please get me the Interstate Agreement on Detainers Form?

I need to get the legal issues resolved in the state.

Thx

TRULINCS 31570511 - LEONARD, STEPHEN DANIEL - Unit: MIM-C-E

---

FROM: 31570511
TO: AW Operations/Programs
SUBJECT: ***Request to Staff*** LEONARD, STEPHEN, Reg# 31570511, MIM-C-E
DATE: 02/18/2025 12:22:37 PM

To: AW Ops
Inmate Work Assignment: Unassigned

PLEASE READ BELOW MESSAGE
-----LEONARD, STEPHEN DANIEL on 2/18/2025 12:21 PM wrote:

>

Good morning,

I was sentenced two weeks ago to 18 months prison and have already served 6 of them.

I am trying to find out if I can get the state to come pick me up in order to take care of the state charges which I have a warrant for.

I requested an Interstate Agreement on Detainers Form to fill out so I can get over to Dade County Jail and resolve this, however, I need help here.

Thank you.

Stephen Daniel Leonard
Reg. # 31570-511

TRULINCS 31570511 - LEONARD, STEPHEN DANIEL - Unit: MIM-C-E

---

FROM: 31570511
TO: Re Entry Affairs
SUBJECT: ***Request to Staff*** LEONARD, STEPHEN, Reg# 31570511, MIM-C-E
DATE: 02/18/2025 12:23:26 PM

To: rEENTRY
Inmate Work Assignment: UNASSIGNED

SEE BELOW MESSAGE PLEASE
-----LEONARD, STEPHEN DANIEL on 2/18/2025 12:22 PM wrote:

>

PLEASE READ BELOW MESSAGE
-----LEONARD, STEPHEN DANIEL on 2/18/2025 12:21 PM wrote:

>

Good morning,

I was sentenced two weeks ago to 18 months prison and have already served 6 of them.

I am trying to find out if I can get the state to come pick me up in order to take care of the state charges which I have a warrant for.

I requested an Interstate Agreement on Detainers Form to fill out so I can get over to Dade County Jail and resolve this, however, I need help here.

Thank you.

Stephen Daniel Leonard
Reg. # 31570-511

TRULINCS 31570511 - LEONARD, STEPHEN DANIEL - Unit: MIM-C-E

---

FROM: 31570511
TO: Unit Team C
SUBJECT: ***Request to Staff*** LEONARD, STEPHEN, Reg# 31570511, MIM-C-E
DATE: 02/18/2025 01:38:38 PM

To: Miss Hill
Inmate Work Assignment: Unassigned

Dear Mrs. Hill,

I was sentenced on 02/06/2025... 18 months prison, 3 yreas probation. I was / am Prose in the State and Federal cases.

However, I have a hold from MIami-Dade County for the same state charges in case no. F24-14614 before the Honorable Judge David Young in the 11th JCC.

Can you get me the Interstate Agreement on Detainers Form so that I can sign / file it with FBOP in order to get transfered to resolve the State case and capis warrant issued in the aforementioned case no.

Lastly,

Can you please get me a printout of my release date?

Thx.

S.

EXHIBIT F

TRULINCS 31570511 - LEONARD, STEPHEN DANIEL - Unit: MIM-C-E
---

FROM: 31570511
TO: ISM/Mailroom/Records/R&D
SUBJECT: ***Request to Staff*** LEONARD, STEPHEN, Reg# 31570511, MIM-C-E
DATE: 02/20/2025 12:55:49 PM

To: Correctional Systems
Inmate Work Assignment: U/A

Hello,

I am sentenced and finished with the fed case, but have a hold from Dade County on State charges.

Can you please get me an Interstate Agreement on Detainers form so I can resolve the State matter?

Thank you.

TRULINCS 31570511 - LEONARD, STEPHEN DANIEL - Unit: MIM-C-E

---

FROM: 31570511
TO: Warden
SUBJECT: ***Request to Staff*** LEONARD, STEPHEN, Reg# 31570511, MIM-C-E
DATE: 02/21/2025 07:07:24 AM

To: Warden Serrano
Inmate Work Assignment: U/A/

Please read below message.

Pursuant to USDOJFBOP Memo No:. 5800.15, CN!1, dated 09/23/2016

And Article III (d) of the Interstate Agreement on Detainers Act (IADA), I am initiating this request for final disposition.

Thank you

Mrs. Serrano
-----LEONARD, STEPHEN DANIEL on 2/21/2025 7:04 AM wrote:

>

Good morning,

I am initiating this request for final disposition pursuant to Article III (d) of the Interstate Agreement on Detainers Act (IADA).

I was sentenced and am finished with the Federal case since 02/06/2025, and I have State charges in Miami-Dade County that I am aware of.

Can you please forward me the Appointment of counsel form (BP-A236), and give me the disposition of charges (BP-A238), as well as forward all of the necessary forms to the Prosecuting Attorney at the Mlami-Dade County State Attorney's Office for temporary transfer of custody?

Thank you.

Stephen D. Leonard, prose

TRULINCS 31570511.- LEONARD, STEPHEN DANIEL - Unit: MIM-C-E
--------------------------------------------------------------------------------

FROM: 31570511
TO: ISM/Mailroom/Records/R&D
SUBJECT: ***Request to Staff*** LEONARD, STEPHEN, Reg# 31570511, MIM-C-E
DATE: 02/22/2025 07:15:37 PM

To: Mrs. Quentis / Correctional Systems Officer
Inmate Work Assignment: Unassigned

Attn: FBOP / Miami F.D.C. Warden Serrano, and C.S.D.,

Hello.

Pursuant to Title 18 U.S.C. 3161; Speedy Trial, I am demanding speedy trial on all unknown charges pending for which a detainer has been filed.

In conformity to Article III(d) of the Interstate Agreement on Detainers Act (IADA), I have notified you on February 11th, 2025, that I have a hold in Miami-Dade County and that I need to resolve that legal matter and I demand a speedy trial.

Since February 06, 2025, the trial court proceedings in the federal case have been completed.

I have not been informed about what the charge for which a detainer was filed, and as a result, FBOP has not afforded me the right to demand a speedy trial in the matter.

See memo:

"USDOJFBOP Program Statements; OPI: CPO / CPD; No:. 5800.15, CN1; Subject Correctional Systems Manual; 09-23-2016:

....Either an inmate or a State may initiate proceedings for this purpose..."

Art. III (c) : " requires the Bureau to inform the inmate of the source and contentof any detainer lodged, via Notice of Untried Indictment Form (BP-A235)..." "an inmate may appear in State court to dispose of pending charges under Article III of the IADA..."

Art. III (d): " Inmate Request for Final Disposition... the inmate may request final disposition of the charges for which the detainer is based."

At this juncture, I have exhaused all my inmate legal remedies for 'notification' to the FBOP / Miami F.D.C. Warden and R&D CSD officer when filing the request to staff on 02/11/2025. My next notification will be via a Petition for Writ of Mandamus to Warden Serrano, and FBOP as well as A Writ of Habeas Corpus Ad Respondum for violating my constitutional right to Speedy Trial by neglecting you duties to follow the Program Statments and provisions set-forth in Title 18 U.S.C. 3161.

Please act accordingly.

Respectfully,

Stephen Daniel Leonard
#31570-511
02/21/2025